CADES SCHUTTE
A Limited Liability Law Partnership

PATRICIA J. MCHENRY          4267-0
CHRISTOPHER T. GOODIN   8562-0
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
FAX:  (808) 521-9210
Email:  pmchenry@cades.com
           cgoodin@cades.com

Attorneys for Defendants
ROUTH CRABTREE OLSEN, P.S.; RCO
HAWAII, LLLC; STEPHEN D. ROUTH;
DAVID E. FENNELL; BRETT P. RYAN; and
DEREK W.C. WONG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| GLORIA MACADANGDANG ILAR; JEFFERY S. HAMILTON; and KALEIMAEOLE NOLA LINDSEY LATRONIC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROUTH CRABTREE OLSEN, P.S., a Washington professional service corporation; RCO HAWAII, LLLC, a Hawaii limited liability law company; FORECLOSURE EXPEDITORS/ INITIATORS, LLC, a Washington limited liability company; NORTHWEST TRUSTEE SERVICES INC., a Washington corporation; STEPHEN D. ROUTH, individually; | CASE NO. 13-cv-00145-DKW-KJM (Class Action)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS ROUTH CRABTREE OLSEN, P.S., RCO HAWAII, LLLC, STEPHEN D. ROUTH, DAVID E. FENNELL, BRETT P. RYAN AND DEREK W.C. WONG AND ORDER |

DAVID E. FENNELL, individually;
BRETT P. RYAN, individually;
DEREK W.C. WONG, individually;
and DOE DEFENDANTS 1-50,
Defendants.

**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS ROUTH CRABTREE OLSEN, P.S., RCO HAWAII, LLLC, STEPHEN D. ROUTH, DAVID E. FENNELL, BRETT P. RYAN AND DEREK W.C. WONG AND ORDER**

IT IS HEREBY STIPULATED by and between Plaintiffs JEFFERY S. HAMILTON and KALEIMAEOLE NOLA LINDSEY LATRONIC, and Defendants ROUTH CRABTREE OLSEN, P.S., RCO HAWAII, LLLC, STEPHEN D. ROUTH, DAVID E. FENNELL, BRETT P. RYAN AND DEREK W.C. WONG ("Defendants"), through their respective undersigned attorneys, that all claims set forth in Plaintiffs' [10] First Amended Complaint are hereby dismissed with prejudice as to Defendants. Each party will bear its own costs and attorney's fees related to the dismissal of Defendants.

This stipulation has no effect on Plaintiffs' claims against Defendants FORECLOSURE EXPEDITORS/INITIATORS, LLC, and NORTHWEST TRUSTEE SERVICES INC. and Plaintiffs' claims against them remain in this action.

ImanageDB:4012057.1

This Stipulation is entered into and filed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and has been signed by counsel for all parties who have made an appearance in this action.

Dated:   October 13, 2017   .

STIPULATED AND AGREED TO BY:

PERKIN & FARIA LLLC

*/s/ Van-Alan H. Shima*
JOHN F. PERKIN
BICKERTON LEE DANG & SULLIVAN
JAMES J. BICKERTON
STANLEY H. ROHRIG (Of Counsel)
AFFINITY LAW GROUP
RAYMOND C. CHO
VAN-ALAN H. SHIMA
*Attorneys for Plaintiffs* JEFFERY S. HAMILTON; and KALEIMAEOLE NOLA LINDSEY LATRONIC

GOODSILL ANDERSON QUINN & STIFEL LLP

*/s/ Edmund K. Saffery*
Edmund K. Saffery, Esq.
Audrey Malia Yap, Esq.
Lauren K. Chun, Esq.
*Attorneys for Defendant*
FORECLOSURE EXPEDITORS/INITIATORS LLC, a Washington limited liability company and NORTHWEST TRUSTEE SERVICES, INC., a Washington corporation

---

Stipulation for Dismissal With Prejudice as to Defendants Routh Crabtree Olsen, P.S., RCO Hawaii, LLLC, Stephen D. Routh, David E. Fennell, Brett P. Ryan and Derek W.C. Wong and Order; *Hamilton, et al. vs. Routh Crabtree Olsen, P.S., et al.*; 13-cv-00145-DKW-KJM

                    CADES SCHUTTE
                    A Limited Liability Law Partnership

                    */s/ Patricia J. McHenry*
                    PATRICIA J. McHENRY
                    *Attorneys for Defendants*
                    ROUTH CRABTREE OLSEN, P.S.;
                    RCO HAWAII, LLLC; STEPHEN D.
                    ROUTH; DAVID E. FENNELL; BRETT
                    P. RYAN; and DEREK W.C. WONG

APPROVED AND SO ORDERED.

    DATED: October 17, 2017 at Honolulu, Hawai'i.



                    /s/ Derrick K. Watson
                    Derrick K. Watson
                    United States District Judge

---

Stipulation for Dismissal With Prejudice as to Defendants Routh Crabtree Olsen, P.S., RCO Hawaii, LLLC, Stephen D. Routh, David E. Fennell, Brett P. Ryan and Derek W.C. Wong and Order; *Hamilton, et al. vs. Routh Crabtree Olsen, P.S., et al.*; 13-cv-00145-DKW-KJM

ImanageDB:4012057.1