IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEFFERY S. HAMILTON; and KALEIMAEOLE NOLA LINDSEY LATRONIC, individually and on behalf of all others similarly situated , <br><br> Plaintiffs, <br><br> vs. <br><br> FORECLOSURE EXPEDITORS/INITIATORS, LLC, a Washington limited liability company; NORTHWEST TRUSTEE SERVICES, INC., a Washington corporation; and DOE DEFENDANTS 1-50 , <br><br> Defendants. <br> _____ | CV 13-00145 DKW–KJM <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on May 29, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and

Recommendation to Grant Defendants Foreclosure Expeditors/Initiators, LLC and

Northwest Trustee Services, Inc.'s Petition for Determination of Good Faith Settlement", ECF No. 126, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: June 15, 2020 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Jeffrey S. Hamilton, et al vs. Foreclosure Expeditors/Initiators, LLC et al.*; Civil No. 13-00145 DKW-KJM; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**